1  Stephanie Yonekura
   Acting United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS D. COKER (SBN 136820)
4  Assistant United States Attorney
   Deputy Chief, Tax Division
5       Federal Building, Suite 7211
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2454
7       Facsimile: (213) 894-0115
        E-mail: Thomas.coker@usdoj.gov
8
   Attorneys for Defendant
9  United States of America

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                          WESTERN DIVISION

13 | AVONGARD PRODUCTS USA, | Case No. CV 13-08189-RGK(ASx)
   | LTD, d/b/a HYDRAULX,    |
14 |                         | [**PROPOSED**] ORDER DISMISSING
   |                         | CASE WITH  PREJUDICE
15 |        Plaintiff,        |

16 |           v.             |

17 | UNITED STATES OF AMERICA,|

18 |        Defendant.        |

19

20      Based on the stipulation for dismissal with prejudice between plaintiff
21
22  Avongard Products USA, Ltd, d/b/a Hydraulx, and defendant, the United States of

23  America, filed on January 13, 2015 (Docket No. 50), and for good cause shown,

24

25  //

26  //
27
28  //

                                      1

1  IT IS HEREBY ORDERED that above-entitled suit and action is dismissed
2  with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil
3  Procedure.

Dated:   January 16, 2015

_____
R. Gary Klausner
United States District Judge

Submitted by,

Stephanie Yonekura
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
THOMAS D. COKER
Assistant United States Attorney
Deputy Chief, Tax Division
Attorneys for the United States of America

2